**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-6550**

MANUEL PEREZ-COLON,

       Petitioner - Appellant,

    v.

TERRY O'BRIEN, Warden,

       Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:14-cv-00066-GMG-MJA)

Submitted: July 27, 2017                  Decided: August 15, 2017

Before GREGORY, Chief Judge, and WILKINSON and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Manuel Perez-Colon, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Manuel Perez-Colon, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Perez-Colon's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Perez-Colon v. O'Brien*, No. 3:14-cv-00066-GMG-MJA (N.D. W. Va. Apr. 12, 2017). We further deny Perez-Colon's motion to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*